UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIE JARAMILLO,<br><br>                      Plaintiff,<br><br>v.<br><br>TROTT PROPERTIES, LLC;<br>TRINH THI NGUYEN; and<br>DOES 1-10,<br><br>                      Defendants. | Case No.: 20cv1511-MMA-LL<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF JOINT STIPULATION ON FACT REGARDING DEFENDANTS' WHEREWITHAL AND DISCOVERY RESPONSES**<br><br>**[ECF No. 17]** |

On November 18, 2020, the parties filed a joint motion titled "Joint Stipulation on Fact Regarding Defendants' Wherewithal and Discovery Responses." ECF No. 17. It sets forth the following stipulations:

**Plaintiff**: Plaintiff will currently forbear from propounding any discovery that seeks information concerning the financial status, ability, or wherewithal of the Stipulating Defendants. Plaintiff also withdraws all discovery already propounded concerning this information, including but not limited to: Interrogatories, Set One, No. 9 and Request for Production of Documents, Set One, No. 12.

**Stipulating Defendants**: The Stipulating Defendants hereby declare that in determining whether the removal of a BARRIER is READILY ACHIEVABLE, factors such as the (1) Stipulating Defendant's financial

resources; (2) the facility's financial resources; (3) the "effect on expenses and resources"; and (4) impact on finances, shall NOT be raised by STIPULATING DEFENDANTS as a defense as to why the Stipulating Defendant cannot remedy and/or remove those alleged BARRIERS.

**NOTE:** Stipulating Defendants are **not** stipulating (A) liability to the Plaintiff; (B) that the above identified barrier removals are required by law; (C) that the above referenced barriers exist; or (D) that they are subject to the ADA or related state disability access laws.

**NOTE:** The parties understand that the Plaintiff reserves her right to seek financial information in support of a claim for punitive damages. However, Plaintiff will forbear from seeking that information until Plaintiff believes that further discovery information warrants the prosecution of a punitive damages claim against the Stipulating Defendants. Even if Plaintiff reaches a decision that a punitive damages claim should be prosecuted, Plaintiff will, nonetheless, wait until the end of the discovery window to request such information so as to allow maximum opportunity for resolution of the case.

Id. at 2–3.

The Court **GRANTS** the joint motion for entry of the parties' Joint Stipulation on Fact Regarding Defendants' Wherewithal and Discovery Responses.

**IT IS SO ORDERED**.

Dated: November 20, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge