UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIE JARAMILLO,<br><br>                              Plaintiff,<br><br>v.<br><br>TROTT PROPERTIES, LLC;<br>TRINH THI NGUYEN; and<br>DOES 1-10,<br><br>                              Defendants. | Case No.:  20cv1511-MMA-LL<br><br>**ORDER RESETTING TELEPHONIC SETTLEMENT CONFERENCE** |

On October 30, 2020, the Court had set a telephonic, attorneys-only settlement conference for January 7, 2021. ECF No. 15 at 2. On January 7, 2021, the Court learned that Plaintiff's counsel, Brett Parkinson, was newly assigned to the case and determined that the settlement conference could not proceed. See ECF No. 20. Accordingly, the Court **ORDERS** the following:

1. A telephonic, attorneys-only settlement conference is set for **January 14, 2021** at **11:30 a.m.** Counsel shall use the dial-in information that will be filed by the Court as a separate notice on the docket. The notice will be restricted to case participants only.

/ / /

/ / /

2. Mr. Parkinson shall make his appearance as an attorney of record in this case as soon as practicable so that he may access the restricted notice of teleconference information.

3. The parties shall file a joint motion for entry of a stipulated protective order, which includes the terms of their agreement for handling confidential documents and information, on or before **January 12, 2021**.

All other deadlines and requirements remain as previously set. See ECF No. 15.

**IT IS SO ORDERED**.

Dated: January 7, 2021

Honorable Linda Lopez
United States Magistrate Judge