UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIE JARAMILLO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TROTT PROPERTIES, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  20-cv-1511-MMA(BLM)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

On March 2, 2022, the parties filed a joint motion for dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1).  ECF No. 36.  Because the parties have filed their joint motion to dismiss, all pending dates scheduled before the Honorable Barbara L. Major, including the Settlement Disposition Conference scheduled for March 9, 2022, are hereby vacated.

**IT IS SO ORDERED**.

Dated:  3/3/2022

　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge