# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIE JARAMILLO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TROTT PROPERTIES LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 20-cv-1511-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 36] |

On March 2, 2022, Plaintiff and Defendants Trott Properties LLC and Trinh Thi Nguyen filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear their own costs and attorneys' fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

　　**IT IS SO ORDERED**.

Dated: March 3, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge